# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: PETER B. McMANUS, | § | Case No. 09-04770 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 4/27/2010 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  03/25/2010                             By:  /s/ Richard M. Fogel
                                                                Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MCMANUS, PETER B | § | Case No. 09-04770 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,061.30 |
| *and approved disbursements of* | $ 909.62 |
| *leaving a balance on hand of* [1] | $ 11,151.68 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                          *Proposed Payment*
                                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 1,866.13 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                      *Fees*                      *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,400.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 937.76 | $ 702.18 |
| 2 | Chase Bank USA, N.A. | $ 6,078.62 | $ 4,551.55 |
| 3 | Capital Recovery II LLC assignee of | $ 4,000.01 | $ 2,995.13 |
| 4 | Capital Recovery II LLC, as Assignee of Capital One | $ 344.79 | $ 258.17 |
| 5 | Capital Recovery II LLC, assignee of | $ 1,039.71 | $ 778.52 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                                *Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                                *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/RICHARD M. FOGEL
                        Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# SHAW GUSSIS

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

March 8, 2010

**Richard M. Fogel**
Direct 312.276.1334
Fax 312.275.0578
rfogel@shawgussis.com

Cameron Gulden
Office of the U.S. Trustee
219 South Dearborn St., Suite 873
Chicago, IL 60606

    Re:    **Michael R. Collins/07-20525**
            **Peter B. McManus/09-04770**
            **Bartholomew and Jane Klopack/09-17118**

Dear Cameron:

    Enclosed are draft hard copies of the Final Report packages for the referenced Chapter 7 cases. All of the documents are ready for ECF filing after the Final Reports are approved.

    Please call me if you have any questions about these cases.

                                  Very truly yours,

                                  Richard M. Fogel

RMF/cak
Enclosures

{4273 LTR A0204123.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez                 Page 1 of 2              Date Rcvd: Mar 29, 2010
Case: 09-04770                Form ID: pdf006              Total Noticed: 40


The following entities were noticed by first class mail on Mar 31, 2010.
db          +Peter B McManus,    2220 N. Enlund Dr. #2,    Palatine, IL 60074-2221
aty         +Christopher N Ackeret,    Stitt Klein Daday Aretos & Giampietro LL,
              One N. LaSalle St., Suite 1110,    Chicago, IL 60602-3904
aty         +Jonathan N Rogers,    Stitt, Klein, Daday, Aretos, et al,    2550 W. Golf Rd.,    Suite 250,
              Rolling Meadows, IL 60008-4014
tr          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street Suite 800,
              Chicago, IL 60654-4766
13529318    +Aurora Loan Services,    10350 Park Meadows Dr.,    Littleton, CO 80124-6800
13529319     Beneficial National Bank,    PO Box 15518,    Wilmington, DE 19850-5518
13529320    +Best Buy Rewards Zone,    P.O. Box 17051,    Baltimore, MD 21297-1051
13529321    +Brunberg Blatt & Company, Inc.,    5500 Wayzata Boulevard,    Suite 600,
              Minneapolis, MN 55416-3576
13529322    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14813667    +Capital Recovery II LLC As Assignee of Capital One,    Care of Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14813669    +Capital Recovery II LLC assignee of,    Dick's Sproting Goods,    Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14813666    +Capital Recovery II LLC assignee of,    HSBC Bank Nevada NA- Best Buy,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13529323     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14674451     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13529324     Citi Cards,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
13529325     Citimortgage,    PO Box 9438,    Dept 0251,    Gaithersburg, MD 20898-9438
13529326     City of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
13529327    +City of Des Plaines,    1420 Miner Street,    Des Plaines, IL 60016-4498
13529328     Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
13529329    +Countrywide Home Loans,    450 American St.,    Simi Valley, CA 93065-6285
13529330    +Credit Protection Association,    13355 Noel Rd,    Ste 2100,    Dallas, TX 75240-6837
13529331    +Digitrace Care Services,    200 Corporate Place, Suite 5B,    Peabody, MA 01960-3840
13529333    +GC Serivices Limited Partnership,    6330 Gulfon,    Houston, TX 77081-1108
13529338    +HSBC Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
13529339    +HSBC Card Services,    P.O. Box 17501,    Baltimore, MD 21297-1501
13529335     Harlem Furniture / WFNNB,    PO Box 182273,    Columbus, OH 43218-2273
13529336    +Holohan Dental Professionals, P.C.,    1220 Meadow Road,    Northbrook, IL 60062-3698
13529337     Household Bank,    12447 SW 69th AVe,    Attn: Dispute Processing,    Tigard, OR 97223-8517
13529340    +Malcolm S. Gerland & Assoc.,    332 South Michigan Ave.,    Suite 600,    Chicago, IL 60604-4318
13529341    +Midwest Pulmonary and Sleep Clinic,    802 Woodfield Rd., Suite 200,    Schaumburg, IL 60173-4713
13529342    +Pierce & Associates,    1 N. Dearborn #1300,    Chicago, IL 60602-4373
13529343    +Provident Funding Associates, L.P.,    P.O. Box 5914,    Santa Rosa, CA 95402-5914
13529344    +SleepMed Therapy Services, Inc.,    60 Chastain Center Blvd,    Suite 66,    Kennesaw, GA 30144-5598
13529345    +Unique National Collections,    Palatine Public Library Dis.,    700 North Court,
              Palatine, IL 60067-8159
13529346    +Wells Fargo Auto Finance,    P.O. Box 29704,    Phoenix, AZ 85038-9704
13529349    +Wells Fargo Bahk, NA,    c/o Andrew J Nelson,    Pierce & Associates, PC,
              1 North Dearborn Ste 1300,    Chicago IL 60602-4373
13529347    +Wells Fargo Equity Resources,    3476 State View Blvd,    Fort Mill, SC 29715-7203
13529348    +Wells Fargo Financial Acceptance,    1 International Plaza,    Philadelphia, PA 19113-1510

The following entities were noticed by electronic transmission on Mar 29, 2010.
13529334    +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2010 00:53:52     GEMB/Care Credit,    P.O. Box 981127,
              El Paso, TX 79998-1127
14641099     E-mail/PDF: BNCEmails@blinellc.com Mar 30 2010 01:15:28     Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13529332     FCC-Columbus Inc,    1550 Old Henderson Rd,    OH, OH 73220
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: dgomez              Page 2 of 2              Date Rcvd: Mar 29, 2010
Case: 09-04770                 Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2010**                    **Signature:**        *Joseph Speetjens*