# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MCMANUS, PETER B                           § Case No. 09-04770
                                                  §
                                                  §
Debtor(s)                                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,279,470.00 | Assets Exempt: $11,018.74 |
| Total Distribution to Claimants: $9,286.56 | Claims Discharged Without Payment: $37,093.23 |
| Total Expenses of Administration: $1,875.75 | |

3) Total gross receipts of $ 12,062.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 900.00 (see **Exhibit 2**), yielded net receipts of $11,162.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,266,783.26 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,875.85 | 1,875.75 | 1,875.75 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,964.93 | 12,400.89 | 12,400.89 | 9,286.56 |
| **TOTAL DISBURSEMENTS** | $1,312,748.19 | $14,276.74 | $14,276.64 | $11,162.31 |

    4) This case was originally filed under Chapter 7 on February 16, 2009.
. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2010          By: /s/RICHARD M. FOGEL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Financial accounts, financial institution shares | 1129-000 | 12,060.00 |
| Interest Income | 1270-000 | 2.31 |
| **TOTAL GROSS RECEIPTS** | | **$12,062.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PETER B. McMANUS | Personal property exemption in tax refund | 8100-002 | 900.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$900.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| (blank name) | 4110-000 | 3,400.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 274,052.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 304,000.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 270,000.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 252,200.00 | N/A | N/A | 0.00 |
| (blank name) | 4110-000 | 163,131.26 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

|  |  |  |  |
|---|---|---|---|
| **TOTAL SECURED CLAIMS** | $1,266,783.26 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,866.23 | 1,866.13 | 1,866.13 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.62 | 9.62 | 9.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | N/A | 1,875.85 | 1,875.75 | 1,875.75 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | 870.58 | 937.76 | 937.76 | 702.25 |
| Chase Bank USA, N.A. | 7100-000 | 5,892.00 | 6,078.62 | 6,078.62 | 4,552.05 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Capital Recovery II LLC assignee of | 7100-000 | 3,861.74 | 4,000.01 | 4,000.01 | 2,995.46 |
| Capital Recovery II LLC, as Assignee of Capital One | 7100-000 | 322.00 | 344.79 | 344.79 | 258.20 |
| Capital Recovery II LLC, assignee of | 7100-000 | 1,039.71 | 1,039.71 | 1,039.71 | 778.60 |
| Comcast | 7100-000 | 341.84 | N/A | N/A | 0.00 |
| FCC-Columbus Inc | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| Digitrace Care Services | 7100-000 | 220.44 | N/A | N/A | 0.00 |
| Harlem Furniture / WFNNB | 7100-000 | 4,026.58 | N/A | N/A | 0.00 |
| Holohan Dental Professionals, P.C. | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| SleepMed Therapy Services, Inc. | 7100-000 | 85.02 | N/A | N/A | 0.00 |
| Unique National Collections Palatine Public Library Dis. | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| Midwest Pulmonary and Sleep Clinic | 7100-000 | 20.34 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 6,080.76 | N/A | N/A | 0.00 |
| Malcolm S. Gerland & Assoc. | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| City of Chicago Department of Revenue | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Brunberg Blatt & Company, Inc. | 7100-000 | 1,201.90 | N/A | N/A | 0.00 |
| (blank name) | 7100-000 | 6,338.96 | N/A | N/A | 0.00 |
| (blank name) | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| City of Des Plaines | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| Beneficial National Bank | 7100-000 | 3,862.00 | N/A | N/A | 0.00 |
| Best Buy Rewards Zone | 7100-000 | 1,005.43 | N/A | N/A | 0.00 |
| (blank name) | 7100-000 | 7,265.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 45,964.93 | 12,400.89 | 12,400.89 | 9,286.56 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-04770  
**Case Name:** MCMANUS, PETER B  

**Period Ending:** 06/01/10

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/16/09 (f)  
**§341(a) Meeting Date:** 03/24/09  
**Claims Bar Date:** 01/22/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Financial accounts, financial institution shares (See Footnote) | 12,060.00 | 11,160.00 | | 12,060.00 | FA |
| 7 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Books, art, antiques and collectibles | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Wearing apparel | 250.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Furs and jewelry | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Firearms, sports, photographic and hobby equip. | 220.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Autos, trucks, trailers, other vehicles, access. | 3,400.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | Autos, trucks, trailers, other vehicles, access. | 5,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 14 | Animals | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Real Property (See Footnote) | 167,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Real Property (See Footnote) | 252,200.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | Real Property (See Footnote) | 275,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 18 | Real Property (See Footnote) | 270,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 19 | Real Property (See Footnote) | 304,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 2.31 | Unknown |
| **15 Assets** | **Totals** (Excluding unknown values) | **$1,291,530.00** | **$11,160.00** | | **$12,062.31** | **$0.00** |

RE PROP# 1   Schedules amended after trustee investigation.  Asset is actually debtor's 2008 federal and state income tax refunds.  
RE PROP# 15   No equity  
RE PROP# 16   No equity  
RE PROP# 17   No equity  
RE PROP# 18   No equity  
RE PROP# 19   No equity  

**Major Activities Affecting Case Closing:**

   Claims bar date - 1/22/10

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-04770  
**Case Name:** MCMANUS, PETER B

**Period Ending:** 06/01/10

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 02/16/09 (f)  
**§341(a) Meeting Date:** 03/24/09  
**Claims Bar Date:** 01/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010            **Current Projected Date Of Final Report (TFR):**    June 30, 2010

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-04770 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MCMANUS, PETER B | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****54-65 - Money Market Account |
| Taxpayer ID #: | **-***5897 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/09 | {1} | UNITED STATES TREASURY | 2008 federal income tax refund | 1129-000 | 10,400.00 | | 10,400.00 |
| 12/01/09 | {1} | STATE OF ILLINOIS | 2008 state income tax refund | 1129-000 | 1,660.00 | | 12,060.00 |
| 12/03/09 | | To Account #********5466 | Account Transfer | 9999-000 | | 900.00 | 11,160.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 11,160.44 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 11,160.88 |
| 02/10/10 | | To Account #********5466 | Account Transfer | 9999-000 | | 9.62 | 11,151.26 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 11,151.68 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 11,152.18 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 11,152.25 |
| 04/06/10 | | Wire out to BNYM account 9200******5465 | Wire out to BNYM account 9200******5465 | 9999-000 | -11,152.25 | | 0.00 |
| | | | ACCOUNT TOTALS | | 909.62 | 909.62 | $0.00 |
| | | | Less: Bank Transfers | | -11,152.25 | 909.62 | |
| | | | Subtotal | | 12,061.87 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,061.87 | $0.00 | |

{} Asset reference(s)

Printed: 06/01/2010 04:27 PM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-04770  
**Case Name:** MCMANUS, PETER B  

**Taxpayer ID #:** **-***5897  
**Period Ending:** 06/01/10  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/09 | | From Account #********5465 | Account Transfer | 9999-000 | 900.00 | | 900.00 |
| 12/04/09 | 101 | PETER B. McMANUS | Personal property exemption in tax refund | 8100-002 | | 900.00 | 0.00 |
| 02/10/10 | | From Account #********5465 | Account Transfer | 9999-000 | 9.62 | | 9.62 |
| 02/11/10 | 102 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 9.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 909.62 | 909.62 | **$0.00** |
| | | | Less: Bank Transfers | | 909.62 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **909.62** | |
| | | | Less: Payments to Debtors | | | 900.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9.62** | |

{} Asset reference(s)                                                                 Printed: 06/01/2010 04:27 PM    V.12.08

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 09-04770 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MCMANUS, PETER B | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-65 - Money Market Account |
| Taxpayer ID #: | **-***5897 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | 9999-000 | 11,152.25 | | 11,152.25 |
| 04/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.44 | | 11,152.69 |
| 04/27/10 | | To Account #9200******5466 | Close account and transfer for final distributions | 9999-000 | | 11,152.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,152.69 | 11,152.69 | $0.00 |
| | | | Less: Bank Transfers | | 11,152.25 | 11,152.69 | |
| | | | Subtotal | | 0.44 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.44 | $0.00 | |

{} Asset reference(s)                                    Printed: 06/01/2010 04:27 PM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-04770  
**Case Name:** MCMANUS, PETER B  
**Taxpayer ID #:** **-***5897  
**Period Ending:** 06/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/10 | | From Account #9200******5465 | Close account and transfer for final distributions | 9999-000 | 11,152.69 | | 11,152.69 |
| 04/28/10 | 10103 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,866.13, Trustee Compensation; Reference: | 2100-000 | | 1,866.13 | 9,286.56 |
| 04/28/10 | 10104 | Roundup Funding, LLC | First and final dividend (74.9%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 7100-000 | | 702.25 | 8,584.31 |
| 04/28/10 | 10105 | Chase Bank USA, N.A. | First and final dividend (74.9%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 7100-000 | | 4,552.05 | 4,032.26 |
| 04/28/10 | 10106 | Capital Recovery II LLC assignee of | First and final dividend (74.9%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 7100-000 | | 2,995.46 | 1,036.80 |
| 04/28/10 | 10107 | Capital Recovery II LLC, as Assignee of Capital One | First and final dividend (74.9%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 7100-000 | | 258.20 | 778.60 |
| 04/28/10 | 10108 | Capital Recovery II LLC, assignee of | First and final dividend (74.9%) on allowed Chapter 7 priority claim(s) for contributions to employee benefit plans | 7100-000 | | 778.60 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 11,152.69 | 11,152.69 | $0.00 |
| Less: Bank Transfers | 11,152.69 | 0.00 | |
| **Subtotal** | 0.00 | 11,152.69 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$11,152.69** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **MMA # ***-*****54-65** | 12,061.87 | 0.00 | 0.00 |
| **Checking # ***-*****54-66** | 0.00 | 9.62 | 0.00 |
| **MMA # 9200-******54-65** | 0.44 | 0.00 | 0.00 |
| **Checking # 9200-******54-66** | 0.00 | 11,152.69 | 0.00 |
| | **$12,062.31** | **$11,162.31** | **$0.00** |

{} Asset reference(s)

Printed: 06/01/2010 04:27 PM    V.12.08